UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEADERICK JONES, | |
| Plaintiff, | Case No. 3:25-cv-00929 |
| v. | Judge Eli J. Richardson |
| | Magistrate Judge Luke A. Evans |
| METRO ACTION COMMISSION, et al., | |
| Defendants. | |

## ORDER

A hearing on the defendants' motion to strike (Doc. No. 32) and any outstanding discovery disputes provided in the party's joint discovery dispute statement is set before the Magistrate Judge on April 20, 2026 at 10:00 a.m. The conference will be held in Courtroom 5A, Fred D. Thompson U.S. Courthouse and Federal Building, 719 Church Street, Nashville, Tennessee.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge